HERRICK, FEINSTEIN LLP
*Attorneys for the Reorganized Debtor*
Stephen B. Selbst
Hanh V. Huynh
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
hhuynh@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                  Chapter 11

400 EAST 51ST STREET LLC,                                  Case No. 12-14196 (REG)

        Debtor.
---------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

**FEES AND EXPENSES (from case inception):**

| | |
|---|---|
| Fees and Expenses for Attorney for Debtor: | $160,000[1] |
| Other Professional Fees and All Expenses: | $4,225 (U.S. Trustee - Quarterly Fees) |
| % Dividend Paid/To Be Paid: | 100% disbursement to the Debtor's unsecured creditors paid on the Effective Date |
| Future Dividends: | None |

**STEPS TAKEN TO CONSUMMATE PLAN:**

Initial Distribution under the Plan Completed:    July 31, 2013

Other:  Transfer of Commercial Unit closed on July 19, 2013; transfer of Residential Unit closed on July 30, 2013; payment of Receiver's fees made on July 31, 2013.

---

[1] Pursuant to the Debtor's confirmed chapter 11 plan, payment of the fees and expenses of the Debtor's bankruptcy counsel was capped at $160,000.

Dated: New York, New York
July 31, 2013

HERRICK, FEINSTEIN LLP
*Attorneys for the Reorganized Debtor*

By: /s/ *Stephen B. Selbst*
　　Stephen B. Selbst
　　Hanh V. Huynh
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
hhuynh@herrick.com

2